| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Frank E. Marchetti (SBN 203185)<br>Marchetti Law<br>3731 Wilshire Blvd., Ste. 635<br>Los Angeles, CA 90010<br>Tel. (626) 676-6377<br>Email: frank@marchettilaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor Complete Industrial Repair, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>TOBY TORRES<br><br>Debtor(s). | CASE NO.: 2:23-bk-013864-DS<br>ADVERSARY NO.: 2:23-ap-01426-DS<br>CHAPTER: 7 |
|---|---|
| COMPLETE INDUSTRIAL REPAIR, INC.<br><br>Plaintiff(s).<br>vs.<br>TOBY EDWARD TORRES<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 11/30/2023<br>TIME: 11:30 am<br>COURTROOM: 1639<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?  ☐ Yes  ☒ No
3. Have all motions addressed to the Claims Documents been resolved?  ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
Defendant's Motion to Dismiss is pending for hearing on 11/16/23 and Defendant has not yet filed an Answer.

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | January, 2024 | April, 2024 |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | April, 2024 | Motion(s) challenging complaint; completion of discovery; possible MSJ |

3. When do you expect to complete <u>your</u> discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | Plaintiff needs no further discovery | February, 2024 |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Plaintiff needs no further discovery | Requests for Admission, contention interrogatories and production documents, depositions of witness(es) identified in discovery |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | 8 hours | Unknown pending completion of discovery |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | 6-7 | Unknown pending completion of discovery |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | 50-60 | Unknown pending completion of discovery |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff
Pretrial conference ☒ is  ☐ is not  requested
Reasons:

Defendant
Pretrial conference ☒ is  ☐ is not  requested
Reasons:

Plaintiff
Pretrial conference should be set <u>after</u>:
(*date*) 12/31/2023

Defendant
Pretrial conference should be set <u>after</u>:
(*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   None to date

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

   Plaintiff        Defendant
   ☒ Yes  ☐ No     ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*          Page 3          F 7016-1.STATUS.REPORT

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 11/16/2023

Marchetti Law
Printed name of law firm

/s/ Frank E. Marchetti
Signature

Frank E. Marchetti
Printed name

Attorney for: Complete Industrial Repair, Inc.

Date: 11/16/23

Heston & Heston, Attorneys at Law
Printed name of law firm

Signature

Richard G. Heston
Printed name

Attorney for: Toby Edward Torres

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    F 7016-1.STATUS.REPORT