| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Frank E. Marchetti (SBN 203185)<br>Marchetti Law<br>3731 Wilshire Blvd., Suite 635<br>Los Angeles, CA 90010<br>Telephone (626) 676-6377<br>Email: frank@marchettilaw.com<br><br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Complete Industrial Repair, Inc. | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>TOBY TORRES<br><br>_____ | CASE NO.: 2:23-ap-01426-DS<br><br>CHAPTER: 7 |
|---|---|
| COMPLETE INDUSTRIAL REPAIR, INC.<br>                    Plaintiff<br>        vs.<br>TOBY EDWARD TORRES<br><br>                    Defendant<br><br>                                    Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>MOTION TO DISMISS<br>_____<br>ADVERSARY COMPLAINT<br>_____ |

PLEASE TAKE NOTE that the order titled  ORDER DENYING MOTION TO DISMISS ADVERSARY COMPLAINT
_____
_____

was lodged on (*date*)    11/17/2023    and is attached.  This order relates to the motion which is docket number 3    .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____11/17/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard Heston rheston@hestonlaw.com

Howard M. Ehrenberg (TR) ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com, C123@ecfcbis.com, howard.ehrenberg@ecf.courtdrive.com, Karen.Files@gmlaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____11/17/2023_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman

United States Bankruptcy Court

Central District of California

Edward R. Roybal Federal Building and Courthouse

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (*state method for each person or entity served*):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/17/2023 | Frank Marchetti | /s/ Frank E. Marchetti |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Frank E. Marchetti (SBN 203185)
**MARCHETTI LAW**
3731 Wilshire Boulevard, Suite 635
Los Angeles, CA 90010
Telephone: (626) 676-6377
Email: frank@marchettilaw.com

Attorneys for Creditor Complete Industrial Repair, Inc.

## UNITED STATE BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In re TOBY TORRES,<br><br>                    Debtor.<br>_____<br><br>COMPLETE INDUSTRIAL REPAIR, INC..<br><br>                    Plaintiff,<br>        vs.<br><br>TOBY EDWARD TORRES<br><br>                    Defendant, | Case No. 2:23-bk-13864-DS<br><br>Chapter 7<br><br>Adv. No. 2:23-ap-01426-DS<br><br>**ORDER DENYING MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>Date: November 16, 2023<br>Time: 11:30 a.m.<br>Courtroom: 1639 |

Defendant Toby Torres's Motion to Dismiss the Adversary Complaint of Complete Industrial Repair For Failure To State a Claim came on regularly for hearing on November 16, 2023.

Appearances were noted on the record.

Upon reviewing the moving and opposing papers and all pleadings on file herein, and after permitting oral argument by counsel on the issues, GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Toby Torres's Motion to Dismiss the Adversary Complaint of Complete Industrial Repair For Failure To State a Claim is DENIED.

-1-

1       Defendant Toby Torres shall have three weeks from the date of this Order to file an

2   Answer to the Complaint.

3       Additionally, the November 30, 2023 Status Conference is rescheduled to February 1,

4   2024 at 11:30 a.m.

5

6

7

8

9                                          # # #

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27