Frank E. Marchetti (SBN 203185)
**MARCHETTI LAW**
3731 Wilshire Boulevard, Suite 635
Los Angeles, CA 90010
Telephone: (626) 676-6377
Email: frank@marchettilaw.com

Attorneys for Creditor Complete Industrial Repair, Inc.

**FILED & ENTERED**

**NOV 22 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell    DEPUTY CLERK**

# UNITED STATE BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TOBY EDWARD TORRES,<br><br>                            Debtor.<br><br>COMPLETE INDUSTRIAL REPAIR, INC.,<br><br>                            Plaintiff,<br><br>   v.<br><br>TOBY EDWARD TORRES,<br><br>                            Defendant. | Case No. 2:23-bk-13864-DS<br><br>Chapter 7<br><br>Adv. No. 2:23-ap-01426-DS<br><br>**ORDER DENYING MOTION FOR ORDER DISMISSING ADVERSARY COMPLAINT**<br><br>Hearing<br>Date:  November 16, 2023<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639 (via ZoomGov)<br>          255 E. Temple St.<br>          Los Angeles, CA 90012 |

The court held a hearing at the above time and place on the "Motion for Order Dismissing Adversary Complaint for Failure to State a Claim" (the "Motion," Docket No. 3). Appearances were noted on the record.

///

After reviewing and considering the Motion, the statements and arguments made by counsel at the hearing, and the record in this case, for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is denied. The Defendant must file an answer to the complaint (Docket No. 1) no later than December 13, 2023.

2. The status conference currently scheduled for November 30, 2023 at 11:30 a.m. is rescheduled to February 1, 2024 at 11:30 a.m.

###

Date: November 22, 2023

Deborah J. Saltzman
United States Bankruptcy Judge