United States Bankruptcy Court

Central District of California

Complete Industrial Repair, Inc,

    Plaintiff

Torres,

    Defendant

Adv. Proc. No. 23-01426-DS

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 22, 2023 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Complete Industrial Repair, Inc, 7403 Telegraph Road, Montebello, CA 90640-6515 |
| dft | + | Toby Edward Torres, 14115 Elmbrook Avenue, La Mirada, CA 90638-3809 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Frank E Marchetti
           on behalf of Plaintiff Complete Industrial Repair  Inc frank@marchettilaw.com, marchettilaw@gmail.com

Howard M Ehrenberg (TR)
           ehrenbergtrustee@gmlaw.com
           ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

Richard G. Heston
           on behalf of Defendant Toby Edward Torres rheston@hestonlaw.com
           yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com

United States Trustee (LA)
           ustpregion16.la.ecf@usdoj.gov

District/off: 0973-2     User: admin     Page 2 of 2
Date Rcvd: Nov 22, 2023     Form ID: pdf031     Total Noticed: 2
TOTAL: 4

1  Frank E. Marchetti (SBN 203185)
   **MARCHETTI LAW**
2  3731 Wilshire Boulevard, Suite 635
   Los Angeles, CA 90010
3  Telephone: (626) 676-6377
   Email: frank@marchettilaw.com
4
5  Attorneys for Creditor Complete Industrial Repair, Inc.

**FILED & ENTERED**

NOV 22 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATE BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:23-bk-13864-DS |
| TOBY EDWARD TORRES, | Chapter 7 |
| Debtor. | Adv. No. 2:23-ap-01426-DS |
| COMPLETE INDUSTRIAL REPAIR, INC., | **ORDER DENYING MOTION FOR ORDER DISMISSING ADVERSARY COMPLAINT** |
| Plaintiff, | |
| v. | |
| TOBY EDWARD TORRES, | Hearing |
| Defendant. | Date:  November 16, 2023 |
| | Time:  11:30 a.m. |
| | Place: Courtroom 1639 (via ZoomGov) |
| | 255 E. Temple St. |
| | Los Angeles, CA 90012 |

The court held a hearing at the above time and place on the "Motion for Order Dismissing Adversary Complaint for Failure to State a Claim" (the "Motion," Docket No. 3). Appearances were noted on the record.

///

After reviewing and considering the Motion, the statements and arguments made by counsel at the hearing, and the record in this case, for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is denied. The Defendant must file an answer to the complaint (Docket No. 1) no later than December 13, 2023.

2. The status conference currently scheduled for November 30, 2023 at 11:30 a.m. is rescheduled to February 1, 2024 at 11:30 a.m.

###

Date: November 22, 2023

Deborah J. Saltzman
United States Bankruptcy Judge