| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Frank E. Marchetti (SBN 203185)<br>Marchetti Law<br>3731 Wilshire Blvd., Ste. 635<br>Los Angeles, CA 90010<br>Tel. (626) 676-6377<br>Email: frank@marchettilaw.com | FOR COURT USE ONLY |
|---|---|
| ☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Complete Industrial Repair, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>TOBY TORRES<br><br>-------------------------------------------------------------------------------<br><br>COMPLETE INDUSTRIAL REPAIR, INC.<br>          Plaintiff<br><br>vs.<br><br>TOBY EDWARD TORRES<br>          Defendant<br><br>                                        Debtor(s) | CASE NO.: 2:23-ap-01426-DS<br><br>CHAPTER: 7<br><br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  *(title of motion[1]):*<br><u>TRIAL SCHEDULING ORDER</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>TRIAL SCHEDULING ORDER</u>

_____

_____

was lodged on *(date)* <u>4/12/24</u> and is attached.  This order relates to the motion which is docket number <u>1.</u>

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/12/2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Richard Heston rheston@hestonlaw.com
Howard M. Ehrenberg (TR) ehrenbergtrustee@gmlaw.com, ca25@ecfcbis.com, C123@ecfcbis.com,
howard.ehrenberg@ecf.courtdrive.com, Karen.Files@gmlaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page


**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) 4/12/24, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse

☐ Service information continued on attached page


**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.


☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/12/24 | Frank E. Marchetti | /s/ Frank E. Marchetti |
|---|---|---|
| _Date_ | _Printed Name_ | _Signature_ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Frank E. Marchetti (SBN 203185)
**MARCHETTI LAW**
3731 Wilshire Boulevard, Suite 635
Los Angeles, CA 90010
Telephone: (626) 676-6377
Email: frank@marchettilaw.com

Attorneys for Creditor Complete Industrial Repair, Inc.

### UNITED STATE BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In re TOBY TORRES,<br><br>                    Debtor.<br>_____<br><br>COMPLETE INDUSTRIAL REPAIR, INC..<br><br>                    Plaintiff,<br>     vs.<br><br>TONY TORRES | Case No. 2:23-bk-13864-DS<br>Chapter 7<br>Adv. No. 2:23-ap-01426-DS<br><br>**TRIAL SCHEDULING ORDER**<br><br>Discovery Cut-Off:        6/17/24<br>Motion Hearing Cut-Off: 7/1/24<br>Pre-Trial Order Due:     10/15/24<br>Pre-Trial Conference:    10/29/24<br>Trial:                          11/12/24 |

The Court orders the dates as indicated above, and described as follows:

1. Discovery Cut-Off.  All discovery must be completed by June 17, 2024.  Expert disclosures shall take place in accordance with the Federal Rules of Civil Procedure.

2. Motion Hearing Cut-Off.  All discovery-related motions must be filed by July 1, 2024, to be heard on July 26, 2024.

3. Pre-Trial Conference.  The case has been placed on calendar for a Pre-Trial Conference pursuant to Federal Rules of Civil Procedure, Rule 16, on October 29, 2024 at 1:00 p.m.  The deadline to file and serve a Pre-Trial Order is October 15, 2024.

1   4. Trial.  The trial of this case is scheduled to take place from November 12, 2024

2    through November 14, 2024, at 10:00 a.m. each date.

3   IT IS SO ORDERED.

4

5

Dated:_____

6            Hon. Deborah Saltzman
             United States Bankruptcy Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27