Frank E. Marchetti (SBN 203185)
**MARCHETTI LAW**
3731 Wilshire Boulevard, Suite 635
Los Angeles, CA 90010
Telephone: (626) 676-6377
Email: frank@marchettilaw.com

Attorneys for Creditor Complete Industrial Repair, Inc.

**FILED & ENTERED**

APR 12 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

## UNITED STATE BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TOBY EDWARD TORRES,<br><br>          Debtor.<br>_____<br><br>COMPLETE INDUSTRIAL REPAIR, INC.,<br><br>          Plaintiff,<br>  v.<br><br>TOBY EDWARD TORRES,<br><br>          Defendant. | Case No. 2:23-bk-13864-DS<br><br>Chapter 7<br><br>Adv. No. 2:23-ap-01426-DS<br><br>**TRIAL SCHEDULING ORDER**<br><br><u>Hearing</u><br>Date:  April 11, 2024<br>Time:  11:30 a.m.<br>Place:  Courtroom 1639<br>         255 E. Temple St.<br>         Los Angeles, CA 90015<br>         (via ZoomGov) |

The court held a status conference at the above time and place. Appearances were noted on the record. Based on the comments made by counsel at the hearing and the record in this case, for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED as follows:

1.    All discovery must be completed by no later than June 17, 2024. Expert disclosures must act in accordance with the Federal Rules of Civil Procedure.

2.    All discovery-related motions must be filed by no later than July 1, 2024. Any motions will be heard on July 26, 2024 at 11:30 a.m.

3. A Pre-Trial Conference is scheduled for October 29, 2024 at 1:00 p.m. A pre-trial order must be filed and served by October 15, 2024.

4. The trial for the above-captioned adversary case is scheduled to take place from November 12, 2024 through November 14, 2024, at 10:00 a.m.

###

Date: April 12, 2024

Deborah J. Saltzman
United States Bankruptcy Judge