United States Bankruptcy Court

Central District of California

Complete Industrial Repair, Inc,
    Plaintiff

Torres,
    Defendant

Adv. Proc. No. 23-01426-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1
Date Rcvd: Apr 12, 2024      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Complete Industrial Repair, Inc, 7403 Telegraph Road, Montebello, CA 90640-6515 |
| dft | + | Toby Edward Torres, 14115 Elmbrook Avenue, La Mirada, CA 90638-3809 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Frank E Marchetti | on behalf of Plaintiff Complete Industrial Repair  Inc frank@marchettilaw.com, marchettilaw@gmail.com |
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com<br>ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| Richard G. Heston | on behalf of Defendant Toby Edward Torres rheston@hestonlaw.com<br>yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

Frank E. Marchetti (SBN 203185)
**MARCHETTI LAW**
3731 Wilshire Boulevard, Suite 635
Los Angeles, CA 90010
Telephone: (626) 676-6377
Email: frank@marchettilaw.com

Attorneys for Creditor Complete Industrial Repair, Inc.

**FILED & ENTERED**

APR 12 2024

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK**

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TOBY EDWARD TORRES,<br><br>　　　　　Debtor.<br>_____<br><br>COMPLETE INDUSTRIAL REPAIR, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>TOBY EDWARD TORRES,<br><br>　　　　　Defendant. | Case No. 2:23-bk-13864-DS<br><br>Chapter 7<br><br>Adv. No. 2:23-ap-01426-DS<br><br>**TRIAL SCHEDULING ORDER**<br><br>Hearing<br>Date:　April 11, 2024<br>Time:　11:30 a.m.<br>Place:　Courtroom 1639<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA 90015<br>　　　　(via ZoomGov) |

The court held a status conference at the above time and place. Appearances were noted on the record. Based on the comments made by counsel at the hearing and the record in this case, for the reasons stated on the record at the hearing,

IT IS HEREBY ORDERED as follows:

1.　All discovery must be completed by no later than June 17, 2024. Expert disclosures must act in accordance with the Federal Rules of Civil Procedure.

2.　All discovery-related motions must be filed by no later than July 1, 2024. Any motions will be heard on July 26, 2024 at 11:30 a.m.

3. A Pre-Trial Conference is scheduled for October 29, 2024 at 1:00 p.m. A pre-trial order must be filed and served by October 15, 2024.

4. The trial for the above-captioned adversary case is scheduled to take place from November 12, 2024 through November 14, 2024, at 10:00 a.m.

###

Date: April 12, 2024

Deborah J. Saltzman
United States Bankruptcy Judge