1  RICHARD G. HESTON, Bar No, 90738
   HALLI B. HESTON, Bar No. 90737
2  HESTON & HESTON, Attorneys at Law
   19700 Fairchild Road, Suite 200
3  Irvine, CA  92612
   (949) 222-1041
4  (949) 222-1043 Fax
   rheston@hestonlaw.com
5
   Attorney for Defendant
6

FILED & ENTERED

OCT 01 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:23-bk-13864-DS |
| TOBY EDWARD TORRES, | Adv. No.: 2:23-ap-01426-DS |
| Debtor. | Chapter 7 |
| COMPLETE INDUSTRIAL REPAIR, INC, | **ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE, TRIAL AND RELATED DEADLINES** |
| Plaintiff, | |
| vs. | |
| TOBY EDWARD TORRES, | |
| Defendant. | |

The court having reviewed and considered the "Joint Stipulation to Continue Pretrial

Conference, Trial and Related Deadlines" filed on September 20, 2024 as Docket No. 22 and the

record in this case, and for good cause shown,

IT IS HEREBY ORDERED that:

    1.     The Joint Stipulation is approved.

    2.     The October 15, 2024 deadline for the filing of the pre-trial order is vacated.

    3.     The pre-trial conference scheduled for October 29, 2024 is vacated.

4.      The trial scheduled for November 12, 2024 is vacated.

5.      The court will hold a status conference on November 12, 2024 at 1 p.m., at which

time counsel for the parties should be prepared to discuss new dates for the pre-

trial order deadline, pre-trial conference, and trial.  Counsel may appear in-person

or via ZoomGov.

###

Date: October 1, 2024

Deborah J. Saltzman
United States Bankruptcy Judge