United States Bankruptcy Court
Central District of California

Complete Industrial Repair, Inc,
    Plaintiff

Torres,
    Defendant

Adv. Proc. No. 23-01426-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Oct 01, 2024      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Complete Industrial Repair, Inc, 7403 Telegraph Road, Montebello, CA 90640-6515 |
| dft | + Toby Edward Torres, 14115 Elmbrook Avenue, La Mirada, CA 90638-3809 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:

**Name**      **Email Address**

Frank E Marchetti
     on behalf of Plaintiff Complete Industrial Repair Inc frank@marchettilaw.com, marchettilaw@gmail.com

Howard M Ehrenberg (TR)
     ehrenbergtrustee@gmlaw.com
     ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

Richard G. Heston
     on behalf of Defendant Toby Edward Torres rheston@hestonlaw.com
     yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (LA)
     ustpregion16.la.ecf@usdoj.gov

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 01, 2024 | Form ID: pdf031 | Total Noticed: 2
TOTAL: 4

RICHARD G. HESTON, Bar No, 90738
HALLI B. HESTON, Bar No. 90737
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 200
Irvine, CA  92612
(949) 222-1041
(949) 222-1043 Fax
rheston@hestonlaw.com

Attorney for Defendant

**FILED & ENTERED**

**OCT 01 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:23-bk-13864-DS |
| TOBY EDWARD TORRES, | Adv. No.: 2:23-ap-01426-DS |
| Debtor. | Chapter 7 |
| COMPLETE INDUSTRIAL REPAIR, INC, Plaintiff, vs. TOBY EDWARD TORRES, Defendant. | **ORDER ON JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE, TRIAL AND RELATED DEADLINES** |

The court having reviewed and considered the "Joint Stipulation to Continue Pretrial Conference, Trial and Related Deadlines" filed on September 20, 2024 as Docket No. 22 and the record in this case, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Joint Stipulation is approved.
2. The October 15, 2024 deadline for the filing of the pre-trial order is vacated.
3. The pre-trial conference scheduled for October 29, 2024 is vacated.

4. The trial scheduled for November 12, 2024 is vacated.

5. The court will hold a status conference on November 12, 2024 at 1 p.m., at which time counsel for the parties should be prepared to discuss new dates for the pre-trial order deadline, pre-trial conference, and trial. Counsel may appear in-person or via ZoomGov.

###

Date: October 1, 2024

Deborah J. Saltzman
United States Bankruptcy Judge