FILED & ENTERED

NOV 12 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>TOBY EDWARD TORRES,<br>                            Debtor.<br>_____<br>COMPLETE INDUSTRIAL REPAIR, INC.,<br>                            Plaintiff,<br>   v.<br>TOBY EDWARD TORRES,<br>                            Defendants. | Case No. 2:23-bk-13864-DS<br>Chapter 7<br>Adv. No. 2:23-ap-01426-DS<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

     A status conference was held on November 12, 2024.  Frank E. Marchetti appeared on behalf of the plaintiff.  No appearance was made on behalf of the defendant.  Based on the foregoing, and for the reasons stated on the record,

/ / /

1    IT IS HEREBY ORDERED that the status conference is continued to December 17,
2 2024 at 1:00 p.m., at which time counsel should be prepared to discuss new dates for the
3 pre-trial order deadline, pre-trial conference, and trial.

###

Date: November 12, 2024

Deborah J. Saltzman
United States Bankruptcy Judge