**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Defendant

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TOBY EDWARD TORRES,<br><br>Debtor.<br><br>COMPLETE INDUSTRIAL REPAIR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOBY EDWARD TORRES,<br><br>Defendant. | Case No.: 2:23-bk-13864-DS<br><br>Chapter 7<br><br>Adv. No.: 2:23-ap-01426-DS<br><br>**DEFENDANT'S NOTICE OF ASSOCIATION OF COUNSEL**<br><br>**TRIAL**<br><br>Date:  May 20, 2025<br>Time: 10:00 AM<br>Courtroom:  1639 |

TO THE HONORABLE DEBRA SALTZMAN AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, Toby Torres, and his counsel of record, Richard Heston, hereby associate counsel, Benjamin Heston of Nexus Bankruptcy, for bringing this matter to trial.

Date: May 6, 2025

**NEXUS BANKRUPTCY**

_/s/ Benjamin Heston_
BENJAMIN HESTON,
Attorney for Defendant

1