**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Defendant

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>TOBY EDWARD TORRES,<br>    Debtor. | Case No.: 2:23-bk-13864-DS<br>Chapter 7<br>Adv. No.: 2:23-ap-01426-DS |
| COMPLETE INDUSTRIAL REPAIR, INC.,<br>    Plaintiff,<br>v.<br>TOBY EDWARD TORRES,<br>    Defendant. | **DEFENDANT'S EVIDENTIARY OBJECTIONS**<br><br><u>TRIAL</u><br>Date: May 20, 2025<br>Time: 10:00 AM<br>Courtroom: 1639 |

**I.    OBJECTION: IMPROPER EXPERT OPINION BY LAY WITNESS**

Defendant objects to the testimony of Norberto Fregoso insofar as he characterizes materials or conditions as "contaminated," "hazardous," "toxic," or similar terminology. Fregoso has not been qualified as an expert under Federal Rule of Evidence 702. As a lay/percipient witness, his opinions regarding whether certain materials were "contaminated," "hazardous," or "toxic" fall outside the scope of permissible lay testimony since these characterizations are technical determinations requiring scientific analysis and expertise. The use of such terminology by Fregoso is therefore inadmissible and should be stricken.

1

| STATEMENT | RULING |
|---|---|
| **Declaration of Norberto Fregoso, ¶9:**<br><br>Entire paragraph. | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶11:**<br><br>"Blanchard grinding creates hazardous waste material commonly referred to as "sludge" as a byproduct of the grinding process." | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶13:**<br><br>Entire paragraph. | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶19:**<br><br>"The fluid is also a hazardous waste and cannot be disposed of in a regular bathroom." | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶21:**<br><br>"The fact that he had no documentation that he had properly disposed of his sludge—and perhaps had never properly disposed of his sludge during the prior three years—verified the truth of what Raul had told me about seeing Torres dump the sludge in the hole before covering it up with concrete." | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶24:**<br><br>"I demanded that Torres remove the concrete that he had placed over the hole where the water tank had been, clean out the toxic sludge that he had dumped, and have it properly disposed of with a licensed contractor for removal of hazardous waste." | ☐ Sustained<br><br>☐ Overruled |

| | |
|---|---|
| **Declaration of Norberto Fregoso, ¶27:**<br><br>"I told him that the contaminated dirt needed to be removed from the hole and he began digging a layer of dirt and dried sludge out of the hole." | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶27:**<br><br>"I could still see dried sludge-contaminated dirt and asked him to dig down in one area to see how far it went. He dug further until he reached what appeared to be clean, uncontaminated dirt." | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶27:**<br><br>"As reflected in this picture, there were large clumps of dried sludge-contaminated dirt stacked along the right side of the hole. The level to which Raul had dug down throughout most of the hole was still contaminated with sludge. I told Raul to keep digging out the entire hole further down until all of the sludge-contaminated dirt was gone." | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶28:**<br><br>"As reflected in 14-3, Raul had dug further down and unearthed a large clump of dried sludge-contaminated dirt. The picture shows Raul's feet and legs where he was standing with either a shovel or pickax underneath the large clump of dried sludge-contaminated dirt." | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶29:**<br><br>"By the time Raul was done, it appeared that most of the sludge-contaminated dirt had been removed from the hole, and it was all piled and stacked alongside the edges of the hole." | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶38:**<br><br>"I had all of the contaminated dirt and dried sludge that had been dug out of the hole bagged up and stored in the back of the Premises, where it remains today." | ☐ Sustained<br><br>☐ Overruled |

| STATEMENT | | RULING |
|---|---|---|
| **Declaration of Norberto Fregoso, ¶39:** "I did not want to do anything to the area because it was not my area when it became contaminated and I did not want to have anything that created liability on my part if further contamination was found." | | ☐ Sustained<br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶39:** "Unfortunately, I was paying rent for the entire Premises during this time, but was not able to use the area contaminated by Torres." | | ☐ Sustained<br>☐ Overruled |

## II.    OTHER OBJECTIONS

| STATEMENT | OBJECTION | RULING |
|---|---|---|
| **Declaration of Norberto Fregoso, ¶4:** "It was my understanding from our discussions that he thought the space would improve his business because the address was closer to Los Angeles and a lot of our customers would likely also need his Blanchard grinding services." | **FRE 602 – Lack of Personal Knowledge:** Declarant speculates about Torres's internal thoughts without personal knowledge. | ☐ Sustained<br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶18:** "In approximately mid-November of 2016, Raul Leon, who had previously worked for Torres and was doing work for me, told me that Torres had dumped sludge into the hole where the water tank had sat before he… | **FRE 801(c), 802 – Hearsay:** Declarant repeats Raul Leon's out-of-court statements for their truth. | ☐ Sustained<br>☐ Overruled |

4

| | | |
|---|---|---|
| …covered it up with cement. I asked Raul how he knew this and he replied that he had personally witnessed Torres do this." | | |
| **Declaration of Norberto Fregoso, ¶19:** "I believe shortly after receiving this information from Raul, my son Leo Corona informed me that he had witnessed Torres dumping fluid from his smaller Blanchard Grinder in the bathrooms." | **FRE 801(c), 802 – Hearsay:** Declarant repeats Leo Corona's out-of-court statement for its truth. | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶30:** "On his behalf, I contacted Sharp Environmental and asked them to provide a proposal to Torres to sample and test the hole." | **FRE 602 – Lack of Personal Knowledge:** Declarant claims to act "on behalf" of Torres without foundation for authorization, delegation, or agency relationship. | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Norberto Fregoso, ¶41:** "My rent for the entire Premises went up when the lease was extended, and I believe that the amount that I could have received for Torres's area would have been more than what he was paying, but I am conservatively claiming only $2,500 per month in lost rents because that was the amount Torres was paying." | **FRE 701 – Improper Lay Opinion:** Declarant speculates about rental market values without qualification as an expert. | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| **Declaration of Leo Rodolfo Corona, ¶6:** "I ascertained that he was dumping the fluid from the Blanchard Grinder either into the sink or the toilet in the bathroom." | **FRE 602 – Lack of Personal Knowledge; FRE 701 – Improper Lay Opinion:** Declarant speculates about where fluid was dumped without observing it. | ☐ Sustained<br><br>☐ Overruled |
| **Declaration of Leo Rodolfo Corona, ¶10:** "There is a yellow forklift toward the bottom center of the video. Immediately behind that forklift (to the left of it on the screen), you can see a square area of concrete flooring with four corners and the numbers "5x5" painted in yellow. On that 5x5 spot, Torres had previously installed and used a jib crane which was bolted into the concrete to hold it steadily in place. My best estimate is that 3 to 6 months prior to this recording, Torres had moved that jib crane out of the Premises, poured new cement into the square area to repair the damage caused to the flooring from bolting the jib crane into the cement, and painted the yellow markings on that area." | **FRE 602 – Lack of Personal Knowledge; FRE 701 – Improper Lay Opinion:** Declarant speculates about historical acts he did not personally witness. | ☐ Sustained<br><br>☐ Overruled |

| | | |
|---|---|---|
| **Declaration of Leo Rodolfo Corona, ¶11:** "Immediately to the left of the '5x5' area, the video shows a long table that Torres had in his area. Immediately to the left of that table you can see some racks and two large green barrels. Immediately to the left of those objects, you can see the area of the floor where Torres had kept his larger Blanchard Grinder. That area is also depicted in the photo attached as Exhibit 14-1. That larger Blanchard Grinder had a water tank underneath it, resting in a hole in the concrete. My best estimate is that 3 to 6 months prior to this recording, Torres had moved that larger Blanchard Grinder out of the Premises, moved the water tank out of the hole in the concrete, and poured new cement into the rectangular area where the water tank had been. He then painted the corner markings at the corners of the rectangular area and '12'x6' in the middle with yellow paint." | **FRE 602 – Lack of Personal Knowledge; FRE 701 – Improper Lay Opinion:** Declarant speculates about historical acts he did not personally witness. | ☐ Sustained<br>☐ Overruled |
| **Declaration of Leo Rodolfo Corona, ¶12:** "Starting at the 7–8 second mark and continuing until the end, the recording of the CCTV footage shows Torres draining fluid out of his smaller Blanchard Grinder into two buckets, walking those buckets back toward… | **FRE 701 – Improper Lay Opinion:** Declarant improperly speculates about Torres's intent based on subjective interpretation, not fact. | ☐ Sustained<br>☐ Overruled |

7

1 …the bathroom, then returning to his station 2 with empty buckets and repeating the process 3 over and over again. At approximately 52–53 4 seconds into the video recording, you can see 5 the point where I walked by (someone else was 6 also with me, but I do not remember who and 7 cannot recognize them from the video), and 8 Torres appeared to try to hide what he was 9 doing by putting the buckets down behind 10 some of his equipment, before picking them up 11 again and carrying them to the bathroom after I 12 had passed by."

Date: April 25, 2025

**NEXUS BANKRUPTCY**

BENJAMIN HESTON,
Attorney for Defendant