1  Frank E. Marchetti (SBN 203185)
   **MARCHETTI LAW**
2  3731 Wilshire Boulevard, Suite 635
   Los Angeles, CA 90010
3  Telephone: (626) 676-6377
   Email: frank@marchettilaw.com
4
5  Attorneys for Complete Industrial Repair, Inc.

6  **UNITED STATE BANKRUPTCY COURT**

7  **CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)**

8

9  In re TOBY TORRES,                        Case No. 2:23-bk-13864-DS
                                             Chapter 7
10             Debtor.                        Adv. No. 2:23-ap-01426-DS

11 ─────────────────────────────            **PLAINTIFF'S EVIDENTIARY**
                                             **OBJECTIONS TO DEFENDANT'S**
12 COMPLETE INDUSTRIAL REPAIR, INC..         **TRIAL DECLARATION OF**
                                             **WILFREDO RIVERA**
13             Plaintiff,
       vs.                                   Pre-Trial Conference:    3/11/25
14 TOBY EDWARD TORRES                         Trial:                  5/20/25

15

16

17        Plaintiff objects to the Declaration of Wilfedo Rivera, in its entirety, on the basis that the

18 declaration was not timely provided to Plaintiff's counsel.  Defense counsel did not provide

19 Plaintiff's counsel with a copy of this declaration until May 14, 2025.  The deadline for

20 Defendant to provide copies of his trial declarations was April 29, 2025.

21        Plaintiff further objects as follows:

22

| **Statement** | **Objection** | **Ruling** |
|---|---|---|
| Para. 4: "On or about December 17, 2016, I went to the Premises to use my jackhammer to break up recently poured concrete and remove the pieces from an area that previously held a water storage tank in the ground." | Hearsay (F.R.E., §§ 801, 802)<br><br>Lack of Foundation – Personal<br><br>Knowledge Not Established. | Sustained __<br><br>Overruled __ |

| | | |
|---|---|---|
| | (F.R.E., § 602) | |
| Para. 6: The reference to the material as "recently poured concrete" | Hearsay (F.R.E., §§ 801, 802) Lack of Foundation – Personal Knowledge Not Established. (F.R.E., § 602) | Sustained __ Overruled __ |
| Para. 7: "After working with concrete in the construction industry for commercial and residential properties, I could tell the concrete was clean and poured recently at the time." | Lack of Foundation – Personal Knowledge Not Established. (F.R.E., § 602) Improper Lay Opinion (F.R.E., § 701) Improper Expert Opinion by undesignated witness (F.R.E., § 702) | Sustained __ Overruled __ |
| Para 8: "There was absolutely no chemical smell, appearance of chemicals present, nor was there any chemical residue on any of the concrete pieces I broke up with the use of my jackhammer." | Lack of Foundation – Personal Knowledge Not Established. (F.R.E., § 602) Improper Lay Opinion (F.R.E., § 701) Improper Expert Opinion by undesignated witness (F.R.E., § 702) | Sustained __ Overruled __ |
| Para. 10: "I could tell the concrete in the area that Mr. Torres had previously used to hold a water storage tank and filled with new concrete was new, clean, and recently poured concrete." | Hearsay (F.R.E., §§ 801, 802) Lack of Foundation – Personal Knowledge Not Established. | Sustained __ Overruled __ |

| | | |
|---|---|---|
| | (F.R.E., § 602)<br><br>Improper Lay Opinion (F.R.E., § 701)<br><br>Improper Expert Opinion by undesignated witness (F.R.E., § 702) | |
| Para. 13: "While at the premises, it was clearly evident that many holes had previously been cut and refilled by past occupants in the designated area Mr. Torres leased as well as the surrounding areas of the premises." | Hearsay (F.R.E., §§ 801, 802)<br><br>Lack of Foundation – Personal Knowledge Not Established. (F.R.E., § 602)<br><br>Improper Lay Opinion (F.R.E., § 701)<br><br>Improper Expert Opinion by undesignated witness (F.R.E., § 702) | Sustained __<br><br>Overruled __ |

Dated: May 15, 2025

**MARCHETTI LAW**

*/s/ Frank E. Marchetti*
By: _____
     Frank E. Marchetti
Attorneys for Plaintiff Complete Industrial Repair, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3731 Wilshire Blvd., Ste 635, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): ____ PLAINTIFF'S EVIDENTIARY OBJECTIONS
TO DEFENDANT'S TRIAL DECLARATION OF WILFREDO RIVERA _____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_5/15/25__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Howard M. Ehrenberg (TR) ehrenbergtrustee@gmlaw.com
US Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Richard Heston rheston@hestonlaw.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _5/15/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be
completed</u> no later than 24 hours after the document is filed.
Hon. Deborah J. Saltzman
U.S. Bankruptcy Court
Central District of California
Edward R Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1634, Courtroom 1639
Los Angeles, CA 90012

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for
each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 5/15/25          Frank E. Marchetti                                              _____
*Date*                      *Printed Name*                                              *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**