Frank E. Marchetti (SBN 203185)
**MARCHETTI LAW**
3731 Wilshire Boulevard, Suite 635
Los Angeles, CA 90010
Telephone: (626) 676-6377
Email: frank@marchettilaw.com

Attorneys for Complete Industrial Repair, Inc.

# UNITED STATE BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In re TOBY TORRES,<br><br>　　　　Debtor.<br>_____<br>COMPLETE INDUSTRIAL REPAIR, INC..<br>　　　　Plaintiff,<br>　vs.<br>TOBY EDWARD TORRES | Case No. 2:23-bk-13864-DS<br>Chapter 7<br>Adv. No. 2:23-ap-01426-DS<br><br>**DECLARATION OF FRANK MARCHETTI REQUESTING RESCHEDULING**<br><br>Pre-Trial Conference:　3/11/25<br>Trial:　　　　　　　　5/20/25 |

I, Frank E. Marchetti, hereby declare as follows:

1. I am the attorney for plaintiff Complete Industrial Repair, Inc. in this action.

2. I have personal knowledge of the matters set forth herein and, if called upon as a witness to testify hereto, I could and would competently do so.

3. This Court has scheduled for Monday, June 23, 2025 at 10:00 a.m. a hearing at which the Court indicated it would announce its decision on the trial of the above-referenced action.

4. On June 9, 2025, I began a jury trial in Dept. C-25 in Santa Ana Superior Court. The Court holds trial only 3 days per week. Our anticipated trial dates are June 9, 11, 12, 16, 18, 20, 23, 25, 27, 30, July 2 and 3. Trials go from 9:30 a.m. to 4:30 p.m.

5. As such, my trial schedule directly conflicts with the scheduling in this action.

6. I am a sole practitioner and have no one else that can attend the June 23, 2025 hearing date in my stead.

7. I am respectfully requesting that the June 23, 2025 hearing date be rescheduled to a date that I am not in trial.

8. I have checked with opposing counsel Benjamin Heston about his availability and he responded "My schedule is pretty flexible until 7/1. I'll be out of town from 7/2 to 7/14, but it's over Zoom so I can make accommodations if necessary."

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 17th day of June, 2025 at Anaheim, California.

_____
Frank E. Marchetti

-2-
Declaration

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3731 Wilshire Blvd., Ste 635, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): ____ DECLARATION OF FRANK MARCHETTI REQUESTING RESCHEDULING _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _6/17/25__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Howard M. Ehrenberg (TR) ehrenbergtrustee@gmlaw.com
US Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Richard Heston rheston@hestonlaw.com;  Benjamin Heston bhestonecf@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _6/17/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Deborah J. Saltzman
U.S. Bankruptcy Court
Central District of California
Edward R Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1634, Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/17/25 | Frank E. Marchetti | /s/ Frank E. Marchetti |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE