**FILED & ENTERED**

**JUL 21 2025**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:23-bk-13864-DS |
| TOBY EDWARD TORRES, | Chapter 7 |
| Debtor. | Adv. No. 2:23-ap-01426-DS |
| COMPLETE INDUSTRIAL REPAIR, INC., | **ORDER FOLLOWING TRIAL DIRECTING THAT JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT** |
| Plaintiff, | |
| v. | |
| TOBY EDWARD TORRES, | |
| Defendant. | |

On May 20, 2025, May 28, 2025, and June 24, 2025, the court held a trial in the above-captioned adversary proceeding on the "Complaint to Determine Debts to Be Non-Dischargeable Pursuant to Section 523 of the Bankruptcy Code" (the "Complaint," Docket No. 1) filed by Complete Industrial Repair, Inc. (the "Plaintiff") against debtor Toby Edward Torres (the "Defendant"). Appearances were noted on the record on each date.

The court having considered the pleadings, the record in this case, the testimony of the witnesses, the exhibits admitted into evidence, and the arguments of counsel at trial, and based upon the court's findings of fact and conclusions of law stated orally and recorded in open court pursuant to Federal Rule of Civil Procedure 52(a)(1), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7052,

IT IS HEREBY ORDERED that because the Plaintiff has not met its burden of proving all of the elements of its First Claim for Relief for nondischargeability under 11 U.S.C. § 523(a)(2)(A) or its burden of proving all of the elements of its Second Claim for Relief for nondischargeability under 11 U.S.C. § 523(a)(6), the court will concurrently enter a judgment in favor of the Defendant on both causes of action in the Complaint.

###

Date: July 21, 2025

Deborah J. Saltzman
United States Bankruptcy Judge