**FILED & ENTERED**

**JUL 21 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:23-bk-13864-DS |
| TOBY EDWARD TORRES, | Chapter 7 |
| Debtor. | Adv. No. 2:23-ap-01426-DS |
| COMPLETE INDUSTRIAL REPAIR, INC., | **JUDGMENT AFTER TRIAL** |
| Plaintiff, | |
| v. | |
| TOBY EDWARD TORRES, | |
| Defendant. | |

For the reasons set forth on the record and in the court's concurrent "Order Following Trial Directing that Judgment Be Entered in Favor of Defendant," with regard to the "Complaint to Determine Debts to Be Non-Dischargeable Pursuant to Section 523 of the Bankruptcy Code" (Docket No. 1) filed by Complete Industrial Repair, Inc. (the "Plaintiff") against debtor Toby Edward Torres (the "Defendant"),

JUDGMENT is hereby entered in favor of the Defendant on both the First Claim for Relief for nondischargeability under 11 U.S.C. § 523(a)(2)(A) and the Second Claim for Relief for nondischargeability under 11 U.S.C. § 523(a)(6). The Plaintiff's claims against the Defendant are subject to the discharge granted to the Defendant under 11 U.S.C. § 727.

Each side is to bear its own costs.

### 

Date: July 21, 2025

Deborah J. Saltzman
United States Bankruptcy Judge