United States Bankruptcy Court

Central District of California

Complete Industrial Repair, Inc,
    Plaintiff

Torres,
    Defendant

Adv. Proc. No. 23-01426-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jul 21, 2025      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Complete Industrial Repair, Inc, 7403 Telegraph Road, Montebello, CA 90640-6515 |
| dft | + | Toby Edward Torres, 14115 Elmbrook Avenue, La Mirada, CA 90638-3809 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
    on behalf of Defendant Toby Edward Torres bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Frank E Marchetti
    on behalf of Plaintiff Complete Industrial Repair  Inc frank@marchettilaw.com, marchettilaw@gmail.com

Howard M Ehrenberg (TR)
    ehrenbergtrustee@gmlaw.com
    ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com

Richard G. Heston
    on behalf of Defendant Toby Edward Torres rheston@hestonlaw.com
    yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email

United States Trustee (LA)

District/off: 0973-2     User: admin     Page 2 of 2
Date Rcvd: Jul 21, 2025     Form ID: pdf031     Total Noticed: 2

ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

**FILED & ENTERED**

**JUL 21 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell  DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>TOBY EDWARD TORRES,<br><br>                      Debtor.<br><br>COMPLETE INDUSTRIAL REPAIR, INC.,<br><br>                      Plaintiff,<br><br>   v.<br><br>TOBY EDWARD TORRES,<br><br>                      Defendant. | Case No. 2:23-bk-13864-DS<br><br>Chapter 7<br><br>Adv. No. 2:23-ap-01426-DS<br><br>**ORDER FOLLOWING TRIAL DIRECTING THAT JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT** |

On May 20, 2025, May 28, 2025, and June 24, 2025, the court held a trial in the above-captioned adversary proceeding on the "Complaint to Determine Debts to Be Non-Dischargeable Pursuant to Section 523 of the Bankruptcy Code" (the "Complaint," Docket No. 1) filed by Complete Industrial Repair, Inc. (the "Plaintiff") against debtor Toby Edward Torres (the "Defendant"). Appearances were noted on the record on each date.

The court having considered the pleadings, the record in this case, the testimony of the witnesses, the exhibits admitted into evidence, and the arguments of counsel at trial, and based upon the court's findings of fact and conclusions of law stated orally and recorded in open court pursuant to Federal Rule of Civil Procedure 52(a)(1), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7052,

IT IS HEREBY ORDERED that because the Plaintiff has not met its burden of proving all of the elements of its First Claim for Relief for nondischargeability under 11 U.S.C. § 523(a)(2)(A) or its burden of proving all of the elements of its Second Claim for Relief for nondischargeability under 11 U.S.C. § 523(a)(6), the court will concurrently enter a judgment in favor of the Defendant on both causes of action in the Complaint.

###

Date: July 21, 2025

Deborah J. Saltzman
United States Bankruptcy Judge