United States Bankruptcy Court

Central District of California

Complete Industrial Repair, Inc,

    Plaintiff

Adv. Proc. No. 23-01426-DS

Torres,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: pdf031 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Complete Industrial Repair, Inc, 7403 Telegraph Road, Montebello, CA 90640-6515 |
| dft | + Toby Edward Torres, 14115 Elmbrook Avenue, La Mirada, CA 90638-3809 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Defendant Toby Edward Torres bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Frank E Marchetti | on behalf of Plaintiff Complete Industrial Repair Inc frank@marchettilaw.com, marchettilaw@gmail.com |
| Howard M Ehrenberg (TR) | ehrenbergtrustee@gmlaw.com ca25@ecfcbis.com;C123@ecfcbis.com;howard.ehrenberg@ecf.courtdrive.com;Karen.Files@gmlaw.com |
| Richard G. Heston | on behalf of Defendant Toby Edward Torres rheston@hestonlaw.com yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email |
| United States Trustee (LA) | |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2025 | Form ID: pdf031 | Total Noticed: 2 |

ustpregion16.la.ecf@usdoj.gov

TOTAL: 5

**FILED & ENTERED**

**JUL 21 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:23-bk-13864-DS |
| TOBY EDWARD TORRES, | Chapter 7 |
| Debtor. | Adv. No. 2:23-ap-01426-DS |
| | |
| COMPLETE INDUSTRIAL REPAIR, INC., | **JUDGMENT AFTER TRIAL** |
| Plaintiff, | |
| v. | |
| TOBY EDWARD TORRES, | |
| Defendant. | |

For the reasons set forth on the record and in the court's concurrent "Order Following Trial Directing that Judgment Be Entered in Favor of Defendant," with regard to the "Complaint to Determine Debts to Be Non-Dischargeable Pursuant to Section 523 of the Bankruptcy Code" (Docket No. 1) filed by Complete Industrial Repair, Inc. (the "Plaintiff") against debtor Toby Edward Torres (the "Defendant"),

JUDGMENT is hereby entered in favor of the Defendant on both the First Claim for Relief for nondischargeability under 11 U.S.C. § 523(a)(2)(A) and the Second Claim for Relief for nondischargeability under 11 U.S.C. § 523(a)(6).  The Plaintiff's claims against the Defendant are subject to the discharge granted to the Defendant under 11 U.S.C. § 727.

Each side is to bear its own costs.

###

Date: July 21, 2025

Deborah J. Saltzman
United States Bankruptcy Judge