| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Frank E. Marchetti (SBN 203185)<br>Marchetti law<br>3731 Wilshire Blvd., Ste. 635<br>Los Angeles, CA 90010<br>Tel. (626) 676-6377<br>Email: frank@marchettilaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Complete Industrial Repair, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>TOBY TORRES<br><br><br>Debtor(s). | CASE NO.: 2:23-bk-13864-DS<br>ADVERSARY NO.: 2:23-ap-01426-DS<br>(*if applicable*)<br>CHAPTER: 7 **Select Chapter** |
|---|---|
| COMPLETE INDUSTRIAL REPAIR, INC.<br><br>Plaintiff(s) (*if applicable*).<br>vs.<br>TOBY EDWARD TORRES<br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): COMPLETE INDUSTRIAL REPAIR, INC.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☒ Plaintiff
☐ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2: Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   (a) Order Following Trial Directing That Judgment Be Entered In Favor of Defendant (Doc 50), and (b) Judgment After Trial (Doc 51), both dated July 21, 2025

2. State the date on which the judgment—or the appealable order or decree—was entered: 07/21/2025

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: COMPLETE INDUSTRIAL REPAIR, INC.

   Attorney:

   Frank E. Marchetti
   Marchetti law
   3731 Wilshire Blvd., Ste. 635
   Los Angeles, CA 90010
   Tel. (626) 676-6377
   Email: frank@marchettilaw.com

2. Party: TOBY EDWARD TORRES

   Attorney:

   Benjamin Heston                  Richard G. Heston
   Nexus Bankruptcy                 19700 Fairchild Rd Ste 280
   3090 Bristol Street #400         Irvine, CA 92612
   Costa Mesa, CA 92626             Tel. (949) 222-1041
   Tel. (949) 312-1377              Email: rheston@hestonlaw.com
   Email: bhestonecf@gmail.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____  Date: 08/04/2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**A**

**FILED & ENTERED**

**JUL 21 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:23-bk-13864-DS |
| TOBY EDWARD TORRES, | Chapter 7 |
| Debtor. | Adv. No. 2:23-ap-01426-DS |
| COMPLETE INDUSTRIAL REPAIR, INC., | **ORDER FOLLOWING TRIAL DIRECTING THAT JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT** |
| Plaintiff, | |
| v. | |
| TOBY EDWARD TORRES, | |
| Defendant. | |

On May 20, 2025, May 28, 2025, and June 24, 2025, the court held a trial in the above-captioned adversary proceeding on the "Complaint to Determine Debts to Be Non-Dischargeable Pursuant to Section 523 of the Bankruptcy Code" (the "Complaint," Docket No. 1) filed by Complete Industrial Repair, Inc. (the "Plaintiff") against debtor Toby Edward Torres (the "Defendant"). Appearances were noted on the record on each date.

1   The court having considered the pleadings, the record in this case, the testimony
2   of the witnesses, the exhibits admitted into evidence, and the arguments of counsel at
3   trial, and based upon the court's findings of fact and conclusions of law stated orally and
4   recorded in open court pursuant to Federal Rule of Civil Procedure 52(a)(1), made
5   applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7052,
6   IT IS HEREBY ORDERED that because the Plaintiff has not met its burden of
7   proving all of the elements of its First Claim for Relief for nondischargeability under 11
8   U.S.C. § 523(a)(2)(A) or its burden of proving all of the elements of its Second Claim for
9   Relief for nondischargeability under 11 U.S.C. § 523(a)(6), the court will concurrently
10  enter a judgment in favor of the Defendant on both causes of action in the Complaint.
11                                        ###

Date: July 21, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

# B

Case 2:23-ap-01426-DS Doc 541 Filed 08/04/25 Entered 08/04/25 08:35:24 Desc
Notice of Appeal and Statement of Election to BAP    Page 7 of 9

Case 2:23-ap-01426-DS Doc 541 Filed 07/21/25 Entered 07/21/25 08:35:24 Desc
Main Document    Page 7 of 9

FILED & ENTERED

JUL 21 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>TOBY EDWARD TORRES,<br>　　　　　　　　　　　　Debtor.<br><br>COMPLETE INDUSTRIAL REPAIR, INC.,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>TOBY EDWARD TORRES,<br>　　　　　　　　　　　　Defendant. | Case No. 2:23-bk-13864-DS<br>Chapter 7<br>Adv. No. 2:23-ap-01426-DS<br><br>**JUDGMENT AFTER TRIAL** |

For the reasons set forth on the record and in the court's concurrent "Order Following Trial Directing that Judgment Be Entered in Favor of Defendant," with regard to the "Complaint to Determine Debts to Be Non-Dischargeable Pursuant to Section 523 of the Bankruptcy Code" (Docket No. 1) filed by Complete Industrial Repair, Inc. (the "Plaintiff") against debtor Toby Edward Torres (the "Defendant"),

1       JUDGMENT is hereby entered in favor of the Defendant on both the First Claim
2 for Relief for nondischargeability under 11 U.S.C. § 523(a)(2)(A) and the Second Claim
3 for Relief for nondischargeability under 11 U.S.C. § 523(a)(6). The Plaintiff's claims
4 against the Defendant are subject to the discharge granted to the Defendant under 11
5 U.S.C. § 727.

6       Each side is to bear its own costs.

7                                      ###

24 Date: July 21, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3731 Wilshire Blvd., Ste. 635, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/04/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard M. Ehrenberg (TR) ehrenbergtrustee@gmlaw.com
US Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Benjamin Heston  bhestonecf@gmail.com
Richard Heston rheston@hestonlaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 08/04/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman
U.S. Bankruptcy Court, Central District of California
Edward R Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1634, Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/4/2025 | Frank E. Marchetti | */s/ Frank E. Marchetti* |
|---|---|---|
| Date | Printed Name | Signature |