# **TRANSCRIPT ORDERING INSTRUCTIONS**

### **TRANSCRIPT REQUESTS**
A separate form must be completed for each hearing date requested. Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.

Five (5) types of transcript requests:

- **30 Days:** A transcript to be delivered within thirty (30) calendar days after receipt of deposit.
- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of deposit.
- **7 Days:** A transcript to be delivered within seven (7) calendar days after receipt of deposit.
- **3 Days:** A transcript to be delivered within three (3) calendar days after receipt of deposit.
- **Next Day:** A transcript to be delivered within 24 hours after receipt of deposit.

### **341(a) MEETING OF CREDITORS:**
The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

### **FILE THE TRANSCRIPT ORDER FORM**
Parties with an ECF account must file the Transcript Order Form in CM/ECF on the related case docket. Use docket event "*Transcript Order Form (Public Request)*." As with all ECF filings, the completed PDF *Transcript Order Form* must be "flattened" before electronically filing through ECF (click here to view the procedure). Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

**\*NOTE: The Court does not accept transcript requests via fax, email or telephone.**

### **TRANSCRIPT PROCESSING**
The Court does not transcribe court proceedings. **The official record of court proceedings is transcribed by a court-approved transcriber from materials provided to that transcriber by the court.** When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the Transcript Order Form. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider directly if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court. For more information, go to www.cacb.uscourts.gov/track-transcript-status.

### **TRANSCRIPT COSTS/FORMS OF PAYMENT**
The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts).

### **COPIES OF TRANSCRIPTS**
Once the *Transcript Order Form* requesting a transcript of a hearing is entered on the related case docket, a Transcription Service Provider is designated and materials for transcription are sent by the Court to the designated Transcription Service Provider. If more than one party files a *Transcript Order Form* for the same hearing, the first *Transcript Order Form* on the docket takes precedence. All other parties that wish to obtain a transcript of the same hearing are to contact the Transcription Service Provider designated on the case docket.

Completed transcripts are filed by the transcriber on the related case docket and restricted for 90 days from the filed date as set forth in the *Guide to Judiciary Policy* Vol. 6, §510.25.10. During the 90-day restriction period, the transcript may be viewed at the Clerk's Office on a public computer terminal or a copy purchased from the designated Transcription Service Provider that created the original transcript. For more information see *Transcript Ordering Instructions,* section 1.15 of the Court Manual at www.cacb.uscourts.gov/court-manual.

**COURT LOCATIONS**

Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

| *DIVISION | ADDRESS |
|---|---|
| **Los Angeles (LA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street First Floor<br>Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Northern (ND)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Riverside (RS)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **San Fernando Valley (SV)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Santa Ana (SA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |

*NOTE: The Court does not accept transcript requests via fax, email or telephone.



# UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

# APPROVED TRANSCRIPTION SERVICE PROVIDERS

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**
17835 Ventura Blvd., Suite 310
Encino, CA 91316
Ph: (888) 272-0022, ext. 201 or ext. 206
Fax: (818) 343-7116
Email: mhyatt@benhyatt.com
www.BenHyatt.com

**eSCRIBERS, LLC**
7227 N 16th Street, Suite 207
Phoenix, AZ 85020
Ph:(213) 943-3843
Fax: (973) 954-5619
Email: sales@escribers.net
www.eScribers.net

**BRIGGS REPORTING CO., INC.**
9711 Cactus Street
Suite B
Lakeside, CA 92040
Ph: (310) 410-4151
Fax: (858) 453-9625
Email: BriggsReporting@yahoo.com

**EXCEPTIONAL REPORTING SERVICES, INC.**
14633 S. Padre Island Drive, Suite 103
Corpus Christi, TX 78418
Ph:(361) 949-2988, ext. 0
Fax: (361) 949-7799
Email: transcripts@exceptionalreporting.com
www.ExceptionalReporting.com

**ECHO REPORTING, INC.**
9711 Cactus Street
Suite B
Lakeside, CA 92040
Ph:(858) 453-7590
Fax: (858) 453-9625
Email: echoreporting@yahoo.com

**J & J COURT TRANSCRIBERS, INC.**
268 Evergreen Avenue
Hamilton, NJ 08619
Ph: (609) 586-2311
Fax: (609) 587-3599
Email: JJcourt@JJcourt.com
www.JJcourt.com



ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER _____

APPEAL? ☐ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: **Frank E. Marchetti**  Attorney Bar# **203185**
Law Firm: **Marchetti Law**
Mailing Address: **3731 Wilshire Blvd., Ste 635, Los Angeles, CA 90010**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***): **Frank E. Marchetti**
Telephone: (**626**) **676-6377**   E-mail: **frank@marchettilaw.com**
Bankruptcy Case #: **2:23-bk-13864-DS**   Adversary Proceeding #/MP #: **2:23-ap-01426-DS**
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **6/24/25**   Time: **10am**
Debtor: **Toby Edward Torres**
Adversary Proceeding Name: **Complete Industrial Repair** vs. **Toby Edward Torres**
Hearing Judge: **D. Saltzman**   Courtroom #: **LA 1639**
**TRANSCRIBER:** **Ben Hyatt**   **ALTERNATE:** **Briggs Reporting**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

**Transcript Type:**   **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.
**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ 30 Days (Ordinary)   ☐ 3 Days   ☐ Entire Hearing
☐ 14 Days   ☐ Next Day (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days   ☐ Testimony of Witness _____
   ☐ Other* _____ (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT
☐ **Judge Ordered Transcript\*\***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS
**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.
*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*