Frank E. Marchetti (SBN 203185)
**MARCHETTI LAW**
3731 Wilshire Boulevard, Suite 635
Los Angeles, CA 90010
Telephone: (626) 676-6377
Email: frank@marchettilaw.com

Attorneys for Creditor Complete Industrial Repair, Inc.

### UNITED STATE BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In re TOBY TORRES,<br><br>　　　　Debtor.<br>_____<br>COMPLETE INDUSTRIAL REPAIR, INC..<br><br>　　　　Plaintiff,<br>　vs.<br>TOBY EDWARD TORRES | BAP No. CC-25-1136<br><br>Case No. 2:23-bk-13864-DS<br>Chapter 7<br>Adv. No. 2:23-ap-01426-DS<br><br>**APPELLANT'S DESIGNATION AND STATEMENT OF THE ISSUES** |

Appellant COMPLETE INDUSTRIAL REPAIR, INC. designates the following items to be included in the record on appeal:

1. Complaint, filed 9/20/23 (#1)

2. Answer to Complaint, filed 12/11/23 (#14)

3. Trial Declaration of Leo Rodolfo Corona, filed 4/18/25 (#36)

4. Trial Declaration of Norberto Fregoso, filed 4/18/25 (#37)

5. Plaintiff's Trial Brief, filed 5/6/25 (#38)

6. Defendant's Trial Brief, filed 5/6/25 (#41)

7. Evidentiary Objections to Defendant's Trial Declarations, filed 5/6/25 (#39)

-1-
APPELLEE'S DESIGNATION AND STATEMENT OF THE ISSUES

8. Evidentiary Objections Filed by Toby Edward Torres, filed 5/6/25 (#42)

9. Supplemental Plaintiff's Evidentiary Objectsion to Defendant's Trial Declaration of Wilfedo Rivera, filed 5/15/25 (#43)

10. Order, filed 7/21/25 (#50)

11. Judgment After Trial, filed 7/21/25 (#51)

12. Exhibit Register and Notice re Disposition of Exhibits, lodged 5/20/25

    a. Exhibit 1: 10/17/16 Notice of vacating property (1 page)

    b. Exhibit 2: 10/27/16 Email Toby Torres to Norberto Fregoso transmitting Notice of Vacating. (1 page)

    c. Exhibit 3: 11/30/16 Email from epaid@dtsc.ca.gov to tnt.grinding@aol.com re temporary ID (1 page)

    d. Exhibit 4: 7/24/17 Email from Norberto Fregoso to tnt.grinding@aol.com (2 pages)

    e. Exhibit 5: 8/1/17 Email chain from tnt.grinding@aol.com to Norberto Fregoso re paperwork (1 page)

    f. Exhibit 6: 8/23/17 Email from Norberto Fregoso to Toby Torres re no response (3 pages)

    g. Exhibit 7: 3/28/17 TNT Grinding Small Claims lawsuit (5 pages)

    h. Exhibit 8: 7/14/17 Small Claims Settlement Agreement (4 pages)

    i. Exhibit 9: 3/22/16 A & R Laboratories Quality Control Data Report (w/fax cover page) (9 pages)

    j. Exhibit 10: 12/20/16 Sharp Environmental Technologies, Inc Proposal for Sampling and Testing (5 pages)

    k.  Exhibit 11: 12/27/16 Sharp Environmental Technologies, Inc Proposal for Sampling and Testing (5 pages)

    l.  Exhibit 12: 1/5/17 Western Environmental Engineers Co. proposal for environmental assessment (3 pages)

    m.  Exhibit 13: 10/31/23 Sharp Environmental Technologies, Inc Proposal (4 pages)

    n.  Exhibit 14: Photos of area in dispute, buckets, trucks with print date of 7/14/17 (7 pages)

    o.  Exhibit 15: Texts with Salvador Talancon (1 page)

    p.  Exhibit 16: 10/24/23 Letter from Gary Herman re testing subject area (1 page)

    q.  Exhibit 17: 4/11/13 Lease Agreement for building (25 pages)

    r.  Exhibit 18: 10/5/21 Tobias Torres receipt for Blanchard grinding work done (1 page)

    s.  Exhibit 19: Video of Toby Torres dumping water

    t.  Exhibit 20: Video 2 of Toby Torres dumping water

**Statement of Issues to be decided on appeal**:

1. Whether Toby Torres's debt to Complete Industrial Repair is non-dischargeable as the result of fraud pursuant to 11 U.S.C. §§ 523(a)(2)(A).

2. Whether Toby Torres's debt to Complete Industrial Repair is non-dischargeable as a willful and malicious injury pursuant to 11 U.S.C. §§ 523(a)(6).

Dated: August 18, 2025                                    **MARCHETTI LAW**

                                                       */s/ Frank E. Marchetti*
By: _____
                                                 Frank E. Marchetti
Attorneys for Plaintiff/Appellant Complete Industrial Repair, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Marchetti Law, 3731 Wilshire Blvd., Ste 635, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANT'S DESIGNATION AND STATEMENT OF THE ISSUES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/18/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Howard M. Ehrenberg (TR) ehrenbergtrustee@gmlaw.com
US Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Benjamin Heston bhestonecf@gmail.com
Richard Heston rheston@hestonlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/18/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Deborah J. Saltzman
U.S. Bankruptcy Court, Central District of California
Edward R Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1634, Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/18/25 | Frank E. Marchetti | /s/ Frank E. Marchetti |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |