FILED
OCT 31 2025

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>TOBY EDWARD TORRES,<br><br>          Debtor. | BAP No. CC-25-1136<br><br>Bk. No. 2:23-bk-13864-DS<br><br>Adv. No. 2:23-ap-01426-DS |
| COMPLETE INDUSTRIAL REPAIR, INC.,<br>          Appellant,<br><br>v.<br><br>TOBY EDWARD TORRES,<br>          Appellee. | **ORDER DISMISSING APPEAL** |

Before: SPRAKER, NIEMANN, and LAFFERTY, Bankruptcy Judges.

Appellant's opening brief was due on September 22, 2025.

On October 9, 2025, the BAP issued a Conditional Order of Dismissal ("COD") indicating that appellant had not filed the opening brief and requiring a response no later than October 23, 2025.

Appellant has not filed an opening brief or any other response to the COD as of the date of the entry of this order.

This appeal is ORDERED DISMISSED for lack of prosecution.

BAP NO.	CC-25-1136

DEBTOR:	TOBY EDWARD TORRES

RE:	ORDER OF DISMISSAL

## CERTIFICATE OF MAILING

The undersigned, deputy Clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document to which this certificate is attached was transmitted this date to all parties of record to this appeal, to the United States Trustee and to the Clerk of the Bankruptcy Court.

**By:** Cecil Lizandro Silva, Deputy Clerk
**Date:** October 31, 2025