BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
Cecil L. Silva Jr.
by Deputy Clerk
Date: 11/25/2025

FILED
OCT 31 2025

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No. CC-25-1136 |
| TOBY EDWARD TORRES, | Bk. No. 2:23-bk-13864-DS |
| Debtor. | Adv. No. 2:23-ap-01426-DS |
| COMPLETE INDUSTRIAL REPAIR, INC., | |
| Appellant, | |
| v. | **ORDER DISMISSING APPEAL** |
| TOBY EDWARD TORRES, | |
| Appellee. | |

Before: SPRAKER, NIEMANN, and LAFFERTY, Bankruptcy Judges.

Appellant's opening brief was due on September 22, 2025.

On October 9, 2025, the BAP issued a Conditional Order of Dismissal ("COD") indicating that appellant had not filed the opening brief and requiring a response no later than October 23, 2025.

Appellant has not filed an opening brief or any other response to the COD as of the date of the entry of this order.

This appeal is ORDERED DISMISSED for lack of prosecution.